# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| CANDICE PASCHAL and PEDRO ZARAZUA, JR., individually and on behalf of all others similarly situated, *Plaintiffs* | § § § § § § § § § § § § § | Case No. 1:22-cv-00027-RP |
| v. | | |
| PERRY'S RESTAURANTS LTD d/b/a PERRY'S STEAKHOUSE AND GRILLE and CHRISTOPHER V. PERRY, individually, *Defendants* | | |

## ORDER

Before the Court are Plaintiffs' Motion to Compel Phase One Discovery Responses, filed September 13, 2022 (Dkt. 32), and Defendant's Amended Response to Plaintiffs' Motion to Compel Phase One Discovery Responses, filed September 23, 2022 (Dkt. 35).[1]

The Court hereby **ORDERS** the parties to appear for a hearing on Plaintiffs' Motion to Compel **on October 4, 2022, at 2 p.m.** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on September 26, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] On September 16, 2022, the District Court referred the Motion to the undersigned Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

1