ATTACHMENT "B"

PASCHAL V. PERRY'S

COMPREHENSIVE INDEX OF DOCUMENTS PRODUCED

EXHIBIT 1

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 1. | Francis, Brandi – Personnel file | PERRY'S (1_22-CV-00027) 000001-000058 |
| 2. | Francis, Brandi – Pay Records | PERRY'S (1_22-CV-00027) 000059-000088 |
| 3. | Kunard, Ellie – Personnel file | PERRY'S (1_22-CV-00027) 000080-000168 |
| 4. | Kunard, Ellie – Pay Records | PERRY'S (1_22-CV-00027) 000169-000216 |
| 5. | Parks, Adrienne – Personnel file | PERRY'S (1_22-CV-00027) 000217-000274 |
| 6. | Parks, Adrienne – Pay Records | PERRY'S (1_22-CV-00027) 000275-000301 |
| 7. | Paschal, Candice – Personnel file | PERRY'S (1_22-CV-00027) 000302-000349 |
| 8. | Paschal, Candice – Pay records | PERRY'S (1_22-CV-00027) 000350-000394 |
| 9. | Williams, Sara – Personnel file | PERRY'S (1_22-CV-00027) 000395-000449 |
| 10. | Williams, Sara – Pay Records | PERRY'S (1_22-CV-00027) 000450-000517 |
| 11. | Zarazua Jr., Pedro – Personnel file | PERRY'S (1_22-CV-00027) 000518-000564 |
| 12. | Zarazua Jr., Pedro – Pay Records | PERRY'S (1_22-CV-00027) 000565-000658 |
| 13. | Perry's Employee Handbook (rev. December 2020) | PERRY'S (1_22-CV-00027) 000659-000706 |
| 14. | Perry's Employee Handbook (rev. September 2018) | PERRY'S (1_22-CV-00027) 000707-000755 |
| 15. | Perry's Texas Employee Handbook (rev. May 2017) | PERRY'S (1_22-CV-00027) 000756-000805 |
| 16. | Perry's Texas Employee Handbook (rev. Oct. 2016) | PERRY'S (1_22-CV-00027) 000806-000854 |
| 17. | Server Development Guideline (12.06.18 to 01.16.19) | PERRY'S (1_22-CV-00027) 000855-000954 |
| 18. | Server Development Guideline (03.28.19) | PERRY'S (1_22-CV-00027) 000955-001054 |
| 19. | Server Development Guideline (07.21) | PERRY'S (1_22-CV-00027) 001055- 001162 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
| --- | --- | --- |
| 20. | Server Development Guideline (08.21) | PERRY'S (1_22-CV-00027) 001163-001290 |
| 21. | Server Development Guideline (09.21) | PERRY'S (1_22-CV-00027) 001291-001427 |
| 22. | Job Description and Duties – Bartender | PERRY'S (1_22-CV-00027) 001428-001429 |
| 23. | Job Description and Duties – Busser | PERRY'S (1_22-CV-00027) 001430-001431 |
| 24. | Job Description and Duties – Food Runner | PERRY'S (1_22-CV-00027) 001432-001433 |
| 25. | Job Description and Duties – Host | PERRY'S (1_22-CV-00027) 001434-001436 |
| 26. | Job Description and Duties – Server | PERRY'S (1_22-CV-00027) 001437-001439 |
| 27. | Job Description and Duties – Server Assistant | PERRY'S (1_22-CV-00027) 001440-001440 |
| 28. | Job Description and Duties – Service Well Bartender | PERRY'S (1_22-CV-00027) 001441-001442 |
| 29. | Bartender Checklist 9.3.19 | PERRY'S (1_22-CV-00027) 001443-001444 |
| 30. | Busser Shift Checklist Perry's 3.20 | PERRY'S (1_22-CV-00027) 001445-001446 |
| 31. | Busser Shift Checklist Perry's 1.23.20 | PERRY'S (1_22-CV-00027) 001447-001448 |
| 32. | Busser Shift Checklist Perry's 10.15.19 | PERRY'S (1_22-CV-00027) 001449-001450 |
| 33. | Cocktail Checklist Perry's 9.3.19 | PERRY'S (1_22-CV-00027) 001451 |
| 34. | Cocktail Opening and Closing 1.22.19 | PERRY'S (1_22-CV-00027) 001452 |
| 35. | Cocktail Opening and Closing Checklist 12.5.18 | PERRY'S (1_22-CV-00027) 001453 |
| 36. | Food Runner Shift Checklist 12.5.18 | PERRY'S (1_22-CV-00027) 001454 |
| 37. | Food Runner Shift Checklist Perry's 3.2020 | PERRY'S (1_22-CV-00027) 001455 |
| 38. | Food Runner Shift Checklist Perry's 9.3.19 | PERRY'S (1_22-CV-00027) 001456 |
| 39. | Host Shift Checklist 12.5.18 | PERRY'S (1_22-CV-00027) 001457 |
| 40. | Host Shift Checklist Perry's 3.20 | PERRY'S (1_22-CV-00027) 001458 |
| 41. | Host Shift Checklist Perry's 9.3.19 | PERRY'S (1_22-CV-00027) 001459 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 42. | Server Assistant 6.20 | PERRY'S (1_22-CV-00027) 001460 |
| 43. | Server Shift Checklist 3.2020 | PERRY'S (1_22-CV-00027) 001461-001462 |
| 44. | Server Shift Checklist 9.21.18 | PERRY'S (1_22-CV-00027) 001463-001464 |
| 45. | Server Shift Checklist 12.5.18 | PERRY'S (1_22-CV-00027) 001465-001466 |
| 46. | Server Shift Checklist Perry's 3.12.20 | PERRY'S (1_22-CV-00027) 001467-001468 |
| 47. | Server Shift Checklist Perry's 10.8.19 | PERRY'S (1_22-CV-00027) 001469-001470 |
| 48. | Server Training Schedule 3.15-4.20.18 | PERRY'S (1_22-CV-00027) 004146 |
| 49. | Server Training Schedule 4.20-4.30.18 | PERRY'S (1_22-CV-00027) 004147 |
| 50. | Server Training Schedule 4.30.18-3.15.20 | PERRY'S (1_22-CV-00027) 004148 |
| 51. | Server Training Schedule 6.2.21 | PERRY'S (1_22-CV-00027) 004149 |
| 52. | Server Training Schedule 8.21 | PERRY'S (1_22-CV-00027) 004150 |
| 53. | Server Training Schedule | PERRY'S (1_22-CV-00027) 004151 |
| 54. | 2019-04-26 GRAPEVINE - WK 17 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001471 |
| 55. | 2019-04-26 GRAPEVINE - WK 17 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001472-001506 |
| 56. | 2019-05-03 GRAPEVINE - WK 18 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001507 |
| 57. | 2019-05-03 GRAPEVINE - WK 18 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001508-001577 |
| 58. | 2019-05-10 GRAPEVINE - WK 19 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001578 |
| 59. | 2019-05-10 GRAPEVINE - WK 19 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001579-001611 |
| 60. | 2019-05-17 GRAPEVINE - WK 20 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001612 |
| 61. | 2019-05-17 GRAPEVINE - WK 20 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001613-001656 |
| 62. | 2019-05-24 GRAPEVINE - WK 21 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001657 |
| 63. | 2019-05-24 GRAPEVINE - WK 21 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001658-001691 |

3

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 64. | 2019-05-31 GRAPEVINE - WK 22 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001692 |
| 65. | 2019-05-31 GRAPEVINE - WK 22 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001693-001727 |
| 66. | 2019-06-07 GRAPEVINE - WK 23 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001728 |
| 67. | 2019-06-07 GRAPEVINE - WK 23 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001729-001768 |
| 68. | 2019-06-14 GRAPEVINE - WK 24 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001769 |
| 69. | 2019-06-14 GRAPEVINE - WK 24 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001770-001809 |
| 70. | 2019-06-21 GRAPEVINE - WK 25 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001810 |
| 71. | 2019-06-21 GRAPEVINE - WK 25 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001811-001853 |
| 72. | 2019-06-28 GRAPEVINE - WK 26 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001854 |
| 73. | 2019-06-28 GRAPEVINE - WK 26 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001855-001894 |
| 74. | 2019-07-05 GRAPEVINE - WK 27 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001895 |
| 75. | 2019-07-05 GRAPEVINE - WK 27 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001896-001933 |
| 76. | 2019-07-12 GRAPEVINE - WK 28 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001934 |
| 77. | 2019-07-12 GRAPEVINE - WK 28 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001935-001974 |
| 78. | 2019-07-19 GRAPEVINE - WK 29 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 001975 |
| 79. | 2019-07-19 GRAPEVINE - WK 29 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 001976-002013 |
| 80. | 2019-07-26 GRAPEVINE - WK 30 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002014 |
| 81. | 2019-07-26 GRAPEVINE - WK 30 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002015-002061 |
| 82. | 2019-08-02 GRAPEVINE - WK 31 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002062 |
| 83. | 2019-08-02 GRAPEVINE - WK 31 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002063-002101 |
| 84. | 2019-08-09 GRAPEVINE - WK 32 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002102 |
| 85. | 2019-08-09 GRAPEVINE - WK 32 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002103-002139 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 86. | 2019-08-16 GRAPEVINE - WK 33 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002140 |
| 87. | 2019-08-16 GRAPEVINE - WK 33 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002141-002180 |
| 88. | 2019-08-23 GRAPEVINE - WK 34 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002181 |
| 89. | 2019-08-23 GRAPEVINE - WK 34 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002182-002220 |
| 90. | 2019-08-30 GRAPEVINE - WK 35 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002221 |
| 91. | 2019-08-30 GRAPEVINE - WK 35 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002222-002262 |
| 92. | 2019-09-06 GRAPEVINE - WK 36 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002263 |
| 93. | 2019-09-06 GRAPEVINE - WK 36 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002264-002307 |
| 94. | 2019-09-13 GRAPEVINE - WK 37 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002308 |
| 95. | 2019-09-13 GRAPEVINE - WK 37 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002309-002348 |
| 96. | 2019-09-20 GRAPEVINE - WK 38 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002349 |
| 97. | 2019-09-20 GRAPEVINE - WK 38 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002350-002404 |
| 98. | 2019-09-27 GRAPEVINE - WK 39 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002405 |
| 99. | 2019-09-27 GRAPEVINE - WK 39 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002406-002446 |
| 100. | 2019-10-04 GRAPEVINE - WK 40 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002447 |
| 101. | 2019-10-04 GRAPEVINE - WK 40 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002448 002488 |
| 102. | 2019-10-11 GRAPEVINE - WK 41 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002489 |
| 103. | 2019-10-11 GRAPEVINE - WK 41 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002490-002533 |
| 104. | 2019-10-18 GRAPEVINE - WK 42 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002534 |
| 105. | 2019-10-18 GRAPEVINE - WK 42 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002535 002576 |
| 106. | 2019-10-25 GRAPEVINE - WK 43 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002577 |
| 107. | 2019-10-25 GRAPEVINE - WK 43 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002578 002620 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 108. | 2019-11-01 GRAPEVINE - WK 44 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002621 |
| 109. | 2019-11-01 GRAPEVINE - WK 44 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002622 002661 |
| 110. | 2019-11-08 GRAPEVINE - WK 45 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002662 |
| 111. | 2019-11-08 GRAPEVINE - WK 45 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002663 002702 |
| 112. | 2019-11-15 GRAPEVINE - WK 46 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002703 |
| 113. | 2019-11-15 GRAPEVINE - WK 46 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002704 002746 |
| 114. | 2019-11-22 GRAPEVINE - WK 47 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002747 |
| 115. | 2019-11-22 GRAPEVINE - WK 47 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002748 002788 |
| 116. | 2019-11-29 GRAPEVINE - WK 48 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002789 |
| 117. | 2019-11-29 GRAPEVINE - WK 48 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002790-002831 |
| 118. | 2019-12-06 GRAPEVINE - WK 49 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002832 |
| 119. | 2019-12-06 GRAPEVINE - WK 49 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002833-002876 |
| 120. | 2019-12-13 GRAPEVINE - WK 50 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002877 |
| 121. | 2019-12-13 GRAPEVINE - WK 50 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002878-002917 |
| 122. | 2019-12-20 GRAPEVINE - WK 51 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002918 |
| 123. | 2019-12-20 GRAPEVINE - WK 51 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002919-002963 |
| 124. | 2019-12-27 GRAPEVINE - WK 52 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 002964 |
| 125. | 2019-12-27 GRAPEVINE - WK 52 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 002965-003009 |
| 126. | 2020-01-03 GRAPEVINE - WK 01 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003010 |
| 127. | 2020-01-03 GRAPEVINE - WK 01 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003011-003076 |
| 128. | 2020-01-10 GRAPEVINE - WK 02 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003077 |
| 129. | 2020-01-10 GRAPEVINE - WK 02 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003078-003138 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 130. | 2020-01-17 GRAPEVINE - WK 03 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003139 |
| 131. | 2020-01-17 GRAPEVINE - WK 03 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003140-003199 |
| 132. | 2020-01-24 GRAPEVINE - WK 04 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003200 |
| 133. | 2020-01-24 GRAPEVINE - WK 04 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003201-003258 |
| 134. | 2020-01-31 GRAPEVINE - WK 05 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003259 |
| 135. | 2020-01-31 GRAPEVINE - WK 05 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003260-003319 |
| 136. | 2020-02-07 GRAPEVINE - WK 06 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003320 |
| 137. | 2020-02-07 GRAPEVINE - WK 06 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003321-003379 |
| 138. | 2020-02-14 GRAPEVINE - WK 07 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003380 |
| 139. | 2020-02-14 GRAPEVINE - WK 07 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003381-003439 |
| 140. | 2020-02-21 GRAPEVINE - WK 08 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003440 |
| 141. | 2020-02-21 GRAPEVINE - WK 08 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003441-003506 |
| 142. | 2020-02-28 GRAPEVINE - WK 09 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003507 |
| 143. | 2020-02-28 GRAPEVINE - WK 09 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003508-003572 |
| 144. | 2020-03-06 GRAPEVINE - WK 10 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003573 |
| 145. | 2020-03-06 GRAPEVINE - WK 10 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003574-003635 |
| 146. | 2020-03-13 GRAPEVINE - WK 11 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003636 |
| 147. | 2020-03-13 GRAPEVINE - WK 11 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003637-003696 |
| 148. | 2020-03-20 GRAPEVINE - WK 12 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003697 |
| 149. | 2020-03-20 GRAPEVINE - WK 12 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003698-003739 |
| 150. | 2020-03-27 GRAPEVINE - WK 13 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003740 |
| 151. | 2020-03-27 GRAPEVINE - WK 13 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003741-003762 |

**ATTACHMENT A**

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 152. | 2020-05-08 GRAPEVINE - WK 19 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003763 |
| 153. | 2020-05-08 GRAPEVINE - WK 19 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003764-003777 |
| 154. | 2020-05-15 GRAPEVINE - WK 20 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003778 |
| 155. | 2020-05-15 GRAPEVINE - WK 20 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003779-003797 |
| 156. | 2020-05-22 GRAPEVINE - WK 21 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003798 |
| 157. | 2020-05-22 GRAPEVINE - WK 21 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003799-003819 |
| 158. | 2020-05-29 GRAPEVINE - WK 22 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003820 |
| 159. | 2020-05-29 GRAPEVINE - WK 22 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003821-003840 |
| 160. | 2020-06-05 GRAPEVINE - WK 23 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003841 |
| 161. | 2020-06-05 GRAPEVINE - WK 23 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003842-003868 |
| 162. | 2020-06-12 GRAPEVINE - WK 24 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003869 |
| 163. | 2020-06-12 GRAPEVINE - WK 24 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003870-003886 |
| 164. | 2020-06-19 GRAPEVINE - WK 25 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003887 |
| 165. | 2020-06-19 GRAPEVINE - WK 25 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003888-003904 |
| 166. | 2020-06-26 GRAPEVINE - WK 26 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003905 |
| 167. | 2020-06-26 GRAPEVINE - WK 26 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003906-003923 |
| 168. | 2020-07-02 GRAPEVINE - WK 27 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003924 |
| 169. | 2020-07-02 GRAPEVINE - WK 27 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003925-003942 |
| 170. | 2020-07-17 GRAPEVINE - WK 29 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003943 |
| 171. | 2020-07-17 GRAPEVINE - WK 29 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003944-003964 |
| 172. | 2020-07-31 GRAPEVINE - WK 31 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003965 |
| 173. | 2020-07-31 GRAPEVINE - WK 31 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003966-003984 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 174. | 2020-08-14 GRAPEVINE - WK 33 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 003985 |
| 175. | 2020-08-14 GRAPEVINE - WK 33 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 003986-004005 |
| 176. | 2020-08-28 GRAPEVINE - WK 35 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004006 |
| 177. | 2020-08-28 GRAPEVINE - WK 35 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004007-004031 |
| 178. | 2020-09-11 GRAPEVINE - WK 37 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004032 |
| 179. | 2020-09-11 GRAPEVINE - WK 37 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004033-004057 |
| 180. | 2020-09-25 GRAPEVINE - WK 39 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004058 |
| 181. | 2020-09-25 GRAPEVINE - WK 39 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004059-004087 |
| 182. | 2020-10-09 GRAPEVINE - WK 41 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004088 |
| 183. | 2020-10-09 GRAPEVINE - WK 41 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004089-004116 |
| 184. | 2020-10-23 GRAPEVINE - WK 43 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004117 |
| 185. | 2020-10-23 GRAPEVINE - WK 43 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004118-004145 |
| 186. | 2020-11-06 GRAPEVINE - WK 45 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004152 |
| 187. | 2020-11-06 GRAPEVINE - WK 45 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004153-004181 |
| 188. | 2020-11-20 GRAPEVINE - WK 47 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004182 |
| 189. | 2020-11-20 GRAPEVINE - WK 47 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004183-004211 |
| 190. | 2020-01-24 Dallas WK 4 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004212 |
| 191. | 2020-01-24 Dallas WK 4 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004213-004238 |
| 192. | 2020-01-31 Dallas WK 5 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004239 |
| 193. | 2020-01-31 Dallas WK 5 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004240-004263 |
| 194. | 2020-02-07 Dallas WK 6 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004264 |
| 195. | 2020-02-07 Dallas WK 6 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004265-004292 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 196. | 2020-02-14 DALLAS WK 7 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004293 |
| 197. | 2020-02-14 DALLAS WK 7 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004294-004318 |
| 198. | 2020-02-21 DALLAS WK 8 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004319 |
| 199. | 2020-02-21 DALLAS WK 8 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004320-004350 |
| 200. | 2020-02-28 DALLAS WK 9 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004351 |
| 201. | 2020-02-28 DALLAS WK 9 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004352-004380 |
| 202. | 2020-03-06 DALLAS WK 10 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004381 |
| 203. | 2020-03-06 DALLAS WK 10 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004382-004410 |
| 204. | 2020-03-13 DALLAS WK 11 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004411 |
| 205. | 2020-03-13 DALLAS WK 11 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004412-004441 |
| 206. | 2020-03-20 DALLAS WK 12 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004442 |
| 207. | 2020-03-20 DALLAS WK 12 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004443-004472 |
| 208. | 2020-03-27 DALLAS WK 13 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004473 |
| 209. | 2020-03-27 DALLAS WK 13 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004474-004486 |
| 210. | 2020-05-08 DALLAS WK 19 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004487-PERRY'S (1_22-CV-00027) 004487 |
| 211. | 2020-05-08 DALLAS WK 19 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004488-PERRY'S (1_22-CV-00027) 004498 |
| 212. | 2020-05-15 DALLAS WK 20 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004499 |
| 213. | 2020-05-15 DALLAS WK 20 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004500- 004514 |
| 214. | 2020-05-22 DALLAS WK 21 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004515 |
| 215. | 2020-05-22 DALLAS WK 21 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004516-004529 |
| 216. | 2020-05-29 DALLAS WK 22 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004530 |

**ATTACHMENT A**

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 217. | 2020-05-29 DALLAS WK 22 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004531-004544 |
| 218. | 2020-06-05 DALLAS WK 23 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004545 |
| 219. | 2020-06-05 DALLAS WK 23 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004546-004560 |
| 220. | 2020-06-12 DALLAS WK 24 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004561 |
| 221. | 2020-06-12 DALLAS WK 24 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004562-004571 |
| 222. | 2020-06-19 DALLAS WK 25 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004572 |
| 223. | 2020-06-19 DALLAS WK 25 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004573-004585 |
| 224. | 2020-06-26 DALLAS WK 26 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004586 |
| 225. | 2020-06-26 DALLAS WK 26 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004587-004600 |
| 226. | 2020-07-17 DALLAS WK 29 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004601 |
| 227. | 2020-07-17 DALLAS WK 29 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004602-004615 |
| 228. | 2020-07-31 DALLAS WK 31 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004616 |
| 229. | 2020-07-31 DALLAS WK 31 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004617-004633 |
| 230. | 2020-08-14 DALLAS WK 33 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004634 |
| 231. | 2020-08-14 DALLAS WK 33 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004635-004650 |
| 232. | 2020-08-28 DALLAS WK 35 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004651 |
| 233. | 2020-08-28 DALLAS WK 35 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004652-004672 |
| 234. | 2020-09-11 DALLAS WK 37 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004673 |
| 235. | 2020-09-11 DALLAS WK 37 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004674-PERRY'S (1_22-CV-00027) 004696 |
| 236. | 2020-09-25 DALLAS WK 39 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004697 |
| 237. | 2020-09-25 DALLAS WK 39 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004698-004718 |
| 238. | 2020-10-09 DALLAS WK 41 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004719 |

11

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 239. | 2020-10-09 DALLAS WK 41 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004720-004744 |
| 240. | 2020-10-23 DALLAS WK 43 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004745 |
| 241. | 2020-10-23 DALLAS WK 43 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004746-004773 |
| 242. | 2020-11-20 DALLAS WK 47 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004774 |
| 243. | 2020-11-20 DALLAS WK 47 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004775-004801 |
| 244. | 2020-12-04 DALLAS WK 49 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004802 |
| 245. | 2020-12-04 DALLAS WK 49 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004803-004827 |
| 246. | 2020-12-18 DALLAS WK 51 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004828 |
| 247. | 2020-12-18 DALLAS WK 51 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004829-004852 |
| 248. | 2020-12-31 DALLAS WK 53 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004853 |
| 249. | 2020-12-31 DALLAS WK 53 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004854-004876 |
| 250. | 2019-03-29 FRISCO - WK 13 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004877 |
| 251. | 2019-03-29 FRISCO - WK 13 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004878-004900 |
| 252. | 2019-04-05 FRISCO - WK 14 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004901 |
| 253. | 2019-04-05 FRISCO - WK 14 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004902-004924 |
| 254. | 2019-04-12 FRISCO - WK 15 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004925 |
| 255. | 2019-04-12 FRISCO - WK 15 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004926-004948 |
| 256. | 2019-04-19 FRISCO - WK 16 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004949 |
| 257. | 2019-04-19 FRISCO - WK 16 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004950-004972 |
| 258. | 2019-04-26 FRISCO - WK 17 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004973 |
| 259. | 2019-04-26 FRISCO - WK 17 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004974-004996 |
| 260. | 2019-05-03 FRISCO - WK 18 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 004997 |

12

**ATTACHMENT A**

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 261. | 2019-05-03 FRISCO - WK 18 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 004998-005019 |
| 262. | 2019-05-10 FRISCO - WK 19 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005020 |
| 263. | 2019-05-10 FRISCO - WK 19 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005021-005043 |
| 264. | 2019-05-17 FRISCO - WK 20 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005044 |
| 265. | 2019-05-17 FRISCO - WK 20 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005045-005065 |
| 266. | 2019-06-07 FRISCO - WK 23 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005066 |
| 267. | 2019-06-07 FRISCO - WK 23 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005067-005092 |
| 268. | 2019-06-14 FRISCO - WK 24 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005093 |
| 269. | 2019-06-14 FRISCO - WK 24 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005094-005117 |
| 270. | 2019-06-21 FRISCO - WK 25 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005118 |
| 271. | 2019-06-21 FRISCO - WK 25 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005119-005143 |
| 272. | 2019-06-28 FRISCO - WK 26 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005144 |
| 273. | 2019-06-28 FRISCO - WK 26 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005145-005168 |
| 274. | 2019-07-05 FRISCO - WK 27 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005169 |
| 275. | 2019-07-05 FRISCO - WK 27 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005170-005195 |
| 276. | 2019-07-12 FRISCO - WK 28 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005196 |
| 277. | 2019-07-12 FRISCO - WK 28 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005197-005221 |
| 278. | 2019-07-19 FRISCO - WK 29 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005222 |
| 279. | 2019-07-19 FRISCO - WK 29 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005223-005246 |
| 280. | 2019-07-26 FRISCO - WK 30 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005247 |
| 281. | 2019-07-26 FRISCO - WK 30 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005248-005273 |
| 282. | 2019-08-02 FRISCO - WK 31 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005274 |

**ATTACHMENT A**

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 283. | 2019-08-02 FRISCO - WK 31 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005275-005299 |
| 284. | 2019-08-09 FRISCO - WK 32 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005300 |
| 285. | 2019-08-09 FRISCO - WK 32 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005301-005328 |
| 286. | 2019-08-16 FRISCO - WK 33 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005329 |
| 287. | 2019-08-16 FRISCO - WK 33 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005330-005354 |
| 288. | 2019-08-23 FRISCO - WK 34 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005355 |
| 289. | 2019-08-23 FRISCO - WK 34 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005356-005380 |
| 290. | 2019-08-30 FRISCO - WK 35 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005381 |
| 291. | 2019-08-30 FRISCO - WK 35 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005382-005409 |
| 292. | 2019-09-06 FRISCO - WK 36 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005410 |
| 293. | 2019-09-06 FRISCO - WK 36 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005411-005436 |
| 294. | 2019-09-13 FRISCO - WK 37 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005437 |
| 295. | 2019-09-13 FRISCO - WK 37 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005438-005461 |
| 296. | 2019-09-20 FRISCO - WK 38 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005462 |
| 297. | 2019-09-20 FRISCO - WK 38 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005463-005487 |
| 298. | 2019-09-27 FRISCO - WK 39 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005488 |
| 299. | 2019-09-27 FRISCO - WK 39 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005489-005515 |
| 300. | 2019-10-04 FRISCO - WK 40 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005516 |
| 301. | 2019-10-04 FRISCO - WK 40 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005517-005541 |
| 302. | 2019-10-18 FRISCO - WK 42 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005542 |
| 303. | 2019-10-18 FRISCO - WK 42 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005543-005567 |
| 304. | 2019-10-25 FRISCO - WK 43 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005568 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 305. | 2019-10-25 FRISCO - WK 43 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005569-005594 |
| 306. | 2019-11-01 FRISCO - WK 44 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005595 |
| 307. | 2019-11-01 FRISCO - WK 44 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005596-005621 |
| 308. | 2019-11-08 FRISCO - WK 45 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005622 |
| 309. | 2019-11-08 FRISCO - WK 45 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005623-005647 |
| 310. | 2019-11-15 FRISCO - WK 46 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005648 |
| 311. | 2019-11-15 FRISCO - WK 46 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005649-005675 |
| 312. | 2019-11-22 FRISCO - WK 47 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005676 |
| 313. | 2019-11-22 FRISCO - WK 47 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005677-005705 |
| 314. | 2019-11-29 FRISCO - WK 48 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005706 |
| 315. | 2019-11-29 FRISCO - WK 48 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005707-005734 |
| 316. | 2019-12-06 FRISCO - WK 49 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005735 |
| 317. | 2019-12-06 FRISCO - WK 49 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005736-005763 |
| 318. | 2019-12-13 FRISCO - WK 50 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005764 |
| 319. | 2019-12-13 FRISCO - WK 50 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005765-005787 |
| 320. | 2019-12-20 FRISCO - WK 51 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005788 |
| 321. | 2019-12-20 FRISCO - WK 51 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005789-005817 |
| 322. | 2019-12-27 FRISCO - WK 52 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005818 |
| 323. | 2019-12-27 FRISCO - WK 52 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005819-005846 |
| 324. | 2020-01-03 FRISCO - WK 01 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005847 |
| 325. | 2020-01-03 FRISCO - WK 01 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005848-005874 |
| 326. | 2020-01-10 FRISCO - WK 02 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005875 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 327. | 2020-01-10 FRISCO - WK 02 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005876-005902 |
| 328. | 2020-01-17 FRISCO - WK 03 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005903 |
| 329. | 2020-01-17 FRISCO - WK 03 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005904-005927 |
| 330. | 2020-01-24 FRISCO - WK 04 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005928 |
| 331. | 2020-01-24 FRISCO - WK 04 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005929-005954 |
| 332. | 2020-01-31 FRISCO - WK 05 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005955 |
| 333. | 2020-01-31 FRISCO - WK 05 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005956-005981 |
| 334. | 2020-02-07 FRISCO - WK 06 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 005982 |
| 335. | 2020-02-07 FRISCO - WK 06 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 005983-006008 |
| 336. | 2020-02-14 FRISCO - WK 07 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006009 |
| 337. | 2020-02-14 FRISCO - WK 07 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006010-006033 |
| 338. | 2020-02-21 FRISCO - WK 08 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006034 |
| 339. | 2020-02-21 FRISCO - WK 08 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006035-006061 |
| 340. | 2020-02-28 FRISCO - WK 09 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006062 |
| 341. | 2020-02-28 FRISCO - WK 09 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006063-006091 |
| 342. | 2020-03-06 FRISCO - WK 10 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006092 |
| 343. | 2020-03-06 FRISCO - WK 10 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006093-006121 |
| 344. | 2020-03-13 FRISCO - WK 11 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006122 |
| 345. | 2020-03-13 FRISCO - WK 11 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006123-006151 |
| 346. | 2020-03-20 FRISCO - WK 12 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006152 |
| 347. | 2020-03-20 FRISCO - WK 12 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006153-006179 |
| 348. | 2020-03-27 FRISCO - WK 13 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006180 |

**ATTACHMENT A**

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 349. | 2020-03-27 FRISCO - WK 13 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006181-006200 |
| 350. | 2020-05-08 FRISCO - WK 19 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006201 |
| 351. | 2020-05-08 FRISCO - WK 19 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006202-006210 |
| 352. | 2020-05-15 FRISCO - WK 20 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006211 |
| 353. | 2020-05-15 FRISCO - WK 20 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006212-006226 |
| 354. | 2020-05-22 FRISCO - WK 21 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006227 |
| 355. | 2020-05-22 FRISCO - WK 21 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006228-006243 |
| 356. | 2020-05-29 FRISCO - WK 22 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006244 |
| 357. | 2020-05-29 FRISCO - WK 22 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006245-006259 |
| 358. | 2020-06-05 FRISCO - WK 23 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006260 |
| 359. | 2020-06-05 FRISCO - WK 23 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006261-006276 |
| 360. | 2020-06-12 FRISCO - WK 24 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006277 |
| 361. | 2020-06-12 FRISCO - WK 24 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006278-006290 |
| 362. | 2020-06-19 FRISCO - WK 25 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006291 |
| 363. | 2020-06-19 FRISCO - WK 25 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006292-006304 |
| 364. | 2020-06-26 FRISCO - WK 26 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006305 |
| 365. | 2020-06-26 FRISCO - WK 26 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006306-006317 |
| 366. | 2020-07-17 FRISCO - WK 29 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006318 |
| 367. | 2020-07-17 FRISCO - WK 29 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006319-006332 |
| 368. | 2020-07-31 FRISCO - WK 31 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006333 |
| 369. | 2020-07-31 FRISCO - WK 31 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006334-006347 |
| 370. | 2020-08-14 FRISCO - WK 33 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006348 |

ATTACHMENT A

| NO. | DESCRIPTION | BATES-NOS. |
|---|---|---|
| 371. | 2020-08-14 FRISCO - WK 33 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006349-006364 |
| 372. | 2020-08-28 FRISCO - WK 35 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006365 |
| 373. | 2020-08-28 FRISCO - WK 35 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006366-006386 |
| 374. | 2020-09-11 FRISCO - WK 37 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006387 |
| 375. | 2020-09-11 FRISCO - WK 37 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006388-006407 |
| 376. | 2020-09-25 FRISCO - WK 39 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006408 |
| 377. | 2020-09-25 FRISCO - WK 39 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006409-006430 |
| 378. | 2020-10-09 FRISCO - WK 41 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006431 |
| 379. | 2020-10-09 FRISCO - WK 41 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006432-006448 |
| 380. | 2020-10-23 FRISCO - WK 43 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006449 |
| 381. | 2020-10-23 FRISCO - WK 43 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006450-006466 |
| 382. | 2020-11-06 FRISCO - WK 45 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006467 |
| 383. | 2020-11-06 FRISCO - WK 45 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006468-006482 |
| 384. | 2020-11-20 FRISCO - WK 47 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006483 |
| 385. | 2020-11-20 FRISCO - WK 47 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006484-006498 |
| 386. | 2020-12-04 FRISCO - WK 49 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006499 |
| 387. | 2020-12-04 FRISCO - WK 49 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006500-006516 |
| 388. | 2020-12-18 FRISCO - WK 51 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006517 |
| 389. | 2020-12-18 FRISCO - WK 51 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006518-006534 |
| 390. | 2020-12-31 FRISCO - WK 53 Tip Pool Distribution Recap | PERRY'S (1_22-CV-00027) 006535 |
| 391. | 2020-12-31 FRISCO - WK 53 Tip Pool Recipient Paycheck Stubs | PERRY'S (1_22-CV-00027) 006536-006553 |

**ATTACHMENT A**