*This is a Time-Sensitive, Court-Authorized Notice*
*- Not a Solicitation from a Lawyer -*

**EXHIBIT 25**

### IMPORTANT NOTICE TO ALL CURRENT AND FORMER SERVERS EMPLOYED BY PERRY'S STEAKHOUSE AND GRILLE IN TEXAS

Please read this notice carefully as it may affect your Legal rights to receive compensation related to, and resulting from, your employment with Perry's Restaurants, Ltd.

If you worked as a server for Perry's Steakhouse and Grille at any time since January 11, 2019 to the present, you may be entitled to join a lawsuit for unpaid wages and money damages.

**DEADLINE TO RETURN CONSENT FORM: [INSERT DATE]**

### 1. Why Am I Receiving This Notice?

This Notice is provided in connection with a collective action lawsuit pending in the United States District Court for the Western District of Texas ("the Court"). The Court authorized this notice to be sent to all employees whose legal rights may be affected by this lawsuit. At this time, the Court has taken no position regarding the merits of the underlying claims.

You received this notice because Perry's records show you worked as a server in the past three (3) years for Perry's Steakhouse and Grille at one or more of their Texas locations.

**You may be entitled to make a claim and join this lawsuit if:**

- You worked for Perry's Steakhouse and Grille as a server at any of the Perry's Steakhouse and Grille restaurants in Texas at any time since January 11, 2019; and
- You were paid a subminimum hourly wage (e.g. $2.13 per hour) and were required to (1) contribute a portion of your tips to a tip pool, (2) pay for uniforms, (3) pay for tools or other items used to perform your job (i.e. check presenters, pens, wine keys, etc.), or (4) perform non-tipped sidework duties before, during, or after your shift.

This notice is intended to advise you about your legal rights, how your legal rights may be affected by this lawsuit and inform you of your right to join this lawsuit.

### 2. What is This Lawsuit About?

Candice Paschal and Pedro Zarazua, Jr. ("Plaintiffs") are former servers of Perry's Steakhouse who filed this lawsuit on behalf of themselves and on behalf of other current and former servers who were paid a subminimum hourly wage plus tips.

Plaintiffs allege that Perry's violated federal law by requiring their servers to: (1) contribute tips to a tip pool that Perry's did not fully distribute among other lawful tip pool recipients; (2) pay for uniforms and other tools used to perform their jobs, and (3) perform non-tipped sidework while being paid at a subminimum hourly wage. As a result of these violations, Plaintiffs seek to recover money damages against Perry's for unpaid minimum wages, misappropriated tips, liquidated damages (double damages), plus an award for Plaintiffs' attorneys' fees and costs. Perry's disputes the allegations or any liability arising from the allegations.

### 3. How Do I Join This Lawsuit?

If you wish to join this lawsuit, you must return a signed consent form to Plaintiffs' counsel (listed below) using one of the following methods:

1. **You may Electronically Sign and Submit a Consent Form by visiting:**
   <<hyperlink>>

*or*

2. **You may return a signed Consent Form by emailing it, faxing it, or mailing it to:**

**Herrmann Law, PLLC**
801 Cherry St. Suite 2365
Fort Worth, TX 76102
Phone (817) 479-9229 | Fax (817) 840-5102
Email: consents@herrmannlaw.com

**IF YOU WISH TO JOIN IN THIS LAWSUIT, YOU MUST SUBMIT A SIGNED CONSENT FORM BY [INSERT DATE]**

### 3. What Happens if I Join This Lawsuit?

By timely submitting the Consent Form you will be part of this case and represented by the Plaintiffs' attorneys at Herrmann Law. If you join this lawsuit, you will be bound by any judgment of the Court, whether it is favorable or unfavorable. If plaintiffs win or a settlement is reached, you may be entitled to a sum as part of the judgment or settlement. If this case not successful, you will receive nothing, but you will also not be responsible for any case costs, expenses, or attorneys' fees.

**Federal law prohibits Perry's or anyone else from discriminating or retaliating against you for exercising your legal rights, including exercising your legal right to join this lawsuit.**

### 4. What Happens if I Do Not Join This Lawsuit

By doing nothing, you are choosing not to participate in this lawsuit, and you will not be represented by Plaintiffs' counsel. If any money is awarded, you will not be entitled to money received as part of a judgment or settlement, and you will not be bound by the judgment in this lawsuit or by the terms of a settlement (if one is reached) whether favorable or unfavorable. If you do not join this lawsuit, your rights to sue Perry's separately at a future time, for the same or related claims, to the extent permitted by law will not be affected. However, if you choose not to join this lawsuit, the legal time limit for you to file a claim against Perry's will continue to run until your consent is filed with the Court or you file your own lawsuit against Perry's.

### 5. How Do I Get More Information?

If you have questions or want more information about this lawsuit, including your legal rights, please contact the attorneys who are representing the servers in this lawsuit:

**Herrmann Law, PLLC**
801 Cherry St. Suite 2365
Fort Worth, TX 76102
Phone: (817) 479-9229 | Fax: (817) 887-1878
Drew Herrmann | Pamela Herrmann
drew@herrmannlaw.com | pamela@herrmannlaw.com

## CONSENT TO JOIN FLSA LAWSUIT

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Candice Paschal and Pedro Zarazua (collectively, "Plaintiffs"), against Perry's Restaurants, Ltd. d/b/a/ Perry's Steakhouse & Grille ("Perry's") and Christopher V. Perry, to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC, ("Law Firm") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiffs and Plaintiffs' Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiffs' Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiffs will be binding on me.

I understand that Plaintiffs have entered into a Representation Agreement with the Law Firm that applies to all opt-in plaintiffs who sign and file this consent. By singing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firm.

I understand that the Law Firm and Plaintiffs may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

I acknowledge that this consent will be filed to recover wages that I may be owed by Perry's, whether in the action with the Plaintiffs or in a subsequent action filed on my behalf for the recovery of my wage claim. If needed, I therefore, authorize Plaintiffs' counsel to use this consent to re-file my claim in a separate or related action against Perry's.

_____        _____
Printed Named                                                                               Date


_____
Signature

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:**

This information will not be made part of any public record and is necessary for your attorneys' files for litigation and possible settlement purposes.

Name: _____
        First Name                Middle Initial                Last Name

Any other Name(s) used or known by: _____

Street Address: _____

City, State, & Zip Code: _____

Mobile Telephone: _____

Secondary Telephone: _____

Emergency Contact: _____

E-Mail Address: _____

Estimated dates of employment with Perry's: _____

The Perry's location(s) you work or worked at: _____

Positions held with Perry's: _____

Hourly rate(s): _____

Other Compensation Received: _____

**Return this form with your signed consent by <mark>[insert date]</mark>
to Plaintiffs' counsel identified below, by mail, email, or fax to:**

**Herrmann Law, PLLC**
801 Cherry St. Suite 2365
Fort Worth, TX 76102
Phone: (817) 479-9229 | Fax: (817) 840-5102
Drew N. Herrmann | Pamela G. Herrmann
drew@herrmannlaw.com | pamela@herrmannlaw.com

App. 376