**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR., individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)** | **No. 1:22-cv-00027-RP** |
| *Plaintiffs,* | **NOTICE OF FILING**<br>**OPT-IN CONSENT FORMS** |
| **v.** | |
| **PERRY'S RESTAURANTS LTD d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually** | |
| *Defendants.* | |

---

**PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS**

---

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1) Christoleena Anadis [Ex. 1]

(2) Yolanda McBrayer [Ex. 2]

(3) Evan Abraham [Ex. 3]

Respectfully submitted,

1

By: /s/ Drew N. Herrmann

Drew N. Herrmann

Texas Bar No. 24086523

drew@herrmannlaw.com

Pamela G. Herrmann

Texas Bar No. 24104030

pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**

801 Cherry St., Suite 2365

Fort Worth, TX 76102

Phone: 817-479-9229

Fax: 817-840-5102

ATTORNEYS FOR PLAINTIFFS

AND COLLECTIVE MEMBERS

CERTIFICATE OF SERVICE

I certify that on March 21, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

/s/ Drew N. Herrmann

Drew N. Herrmann