IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD** d/b/a Perry's Steakhouse and Grille; and **CHRISTOPHER V. PERRY,** individually<br><br>*Defendants.* | No. 1:22-cv-00027-RP<br><br>**NOTICE OF FILING OPT-IN CONSENT FORMS** |

### PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1) Judith Ramos [Ex. 1]

(2) Grayson M. Hurd [Ex. 2]

(3) Lydia Tortolero [Ex. 3]


Respectfully submitted,

1

By: */s/ Drew N. Herrmann*
Drew N. Herrmann
Texas Bar No. 24086523
drew@herrmannlaw.com
Pamela G. Herrmann
Texas Bar No. 24104030
pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102
ATTORNEYS FOR PLAINTIFFS
AND COLLECTIVE MEMBERS

### CERTIFICATE OF SERVICE

I certify that on April 7, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

*/s/ Drew N. Herrmann*
Drew N. Herrmann