IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CANDICE PASCHAL and<br>PEDRO ZARAZUA JR., *individually and on behalf*<br>*of all others similarly situated*, | §<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | 1:22-CV-27-RP |
| PERRY'S RESTAURANTS, LTD. d/b/a<br>PERRY'S STEAKHOUSE AND GRILLE and<br>CHRISTOPHER PERRY, | §<br>§<br>§<br>§ | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiffs Candice Paschal and Pedro Zarazua's ("Plaintiffs") Motion to Certify Class, (Dkt. 50). In her report and recommendation, Judge Hightower recommends that the Court deny the motion. (R. & R., Dkt. 78). Defendants Christopher Perry and Perry's Restaurants' (together, "Perry's") timely filed objections to the report and recommendation, (Objs., Dkt. 80), Plaintiffs filed a response, (Resp., Dkt. 81), and Perry's filed a reply, (Dkt. 85).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Perry's timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, and having considered the parties' respective responsive filings, the Court overrules Perry's objections and adopts the report and recommendation as its own order.

1

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 78), is **ADOPTED**. Plaintiffs' motion to certify the class, (Dkt. 50), is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Court will **DENY** certification as to Plaintiffs' claim that Perry's failed to fully distribute tip pool funds but **GRANT** certification of Plaintiffs' side work, uniform and equipment, and remaining tip pool claims.

In her report and recommendation, Judge Hightower limited the scope of the class certification, the length of the opt-in period, and the inclusion of language regarding subsequent lawsuits. (R. & R., Dkt. 78). In light of these changes, **IT IS ORDERED** that the parties shall submit updated joint proposed notice forms consistent with Judge Hightower's report and recommendation on or before **May 30, 2023**.

As set out in Judge Hightower's report and recommendation, **IT IS FINALLY ORDERED** that Perry's shall produce a list in a useable electronic (.xls) format of names, last known addresses, telephone numbers, e-mail addresses, and dates of employment for all members of the collective on or before **May 30, 2023**.

**SIGNED** on May 16, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE