# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually**<br><br>*Defendants.* | No. 1:22-cv-00027-RP<br><br>**JOINT MOTION TO APPROVE FLSA NOTICE FORMS** |

CANDICE PASCHAL and PEDRO ZARAZUA JR., individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)("Plaintiffs") and PERRY'S RESTAURANTS LTD d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually ("Defendants") file this Joint Motion to Approve FLSA Notice Forms pursuant to the Court's Order, [Dkt. 87].

1. On May 16, 2020, the Court Ordered the parties to submit joint revised notices that conform to Judge Hightower's report and recommendation, [Dkt. 78].

2. Pursuant to the Court's Order, the Parties submit the following revised notice forms for the Court's approval:

   a. Notice and Consent Form, *attached as* Exhibit 1

   b. Email and Text Message Notice, *attached as* Exhibit 2

   c. Reminder Notice, *attached as* Exhibit 3.

1

* * *

## PRAYER

Accordingly, the Parties respectfully request the Court approve the attached notice forms and order that notice be distributed in accordance with the schedule set forth the proposed order submitted herewith.

Respectfully jointly submitted,

| | |
|---|---|
| By: */s/ Drew N. Herrmann*<br>Drew N. Herrmann<br>Texas Bar No. 24086523<br>drew@herrmannlaw.com<br>Pamela G. Herrmann<br>Texas Bar No. 24104030<br>pamela@herrmannlaw.com<br>**HERRMANN LAW, PLLC**<br>801 Cherry St., Suite 2365<br>Fort Worth, TX 76102<br>Phone: 817-479-9229<br>Fax: 817-840-5102<br><br>Harold L. Lichten,<br>*Admitted pro hac vice*<br>hlichten@llrlaw.com<br>Matthew Thomson,<br>*Admitted pro hac vice*<br>mthomson@llrlaw.com<br>Jane Farrell,<br>*Admitted pro hac vice*<br>jfarrell@llrlaw.com<br>**LICHTEN & LISS-RIORDAN, P.C.**<br>729 Boylston St., Suite 2000<br>Boston, MA 02116<br>Phone: (617) 994-5800<br><br>ATTORNEYS FOR PLAINTIFFS<br>AND COLLECTIVE MEMBERS | By: */s/ Scott M. McElhaney* (with permission)<br>Lionel M. Schooler<br>Texas Bar No. 17803300<br>Brooke Willard<br>Texas Bar No. 24109466<br>**JACKSON WALKER LLP**<br>1401 McKinney Ave., Suite 1900<br>Houston, Texas 77010<br>Phone: (713) 752-4516<br>Fax: (713) 308-4156<br>Email: lschooler@jw.com<br>Email: bwillard@jw.com<br><br>Matt Dow<br>Texas Bar No. 06066500<br>**JACKSON WALKER LLP**<br>100 Congress Street, Suite 1100<br>Austin, Texas 78701<br>Phone: 512-236-2230<br>Email: mdow@jw.com<br><br>Scott M. McElhaney<br>Texas Bar No. 00784555<br>**JACKSON WALKER LLP**<br>2323 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Phone: 214-953-6000<br>Fax: 214-953-5822<br>Email: smcelhaney@jw.com<br><br>Attorneys for Defendants |

CERTIFICATE OF SERVICE

      I certify that on May 30, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

                                      */s/ Drew N. Herrmann*
                                      Drew N. Herrmann