> Exhibit 2

**PROPOSED EMAIL NOTICE**

**Subject line**: Notice Concerning Lawsuit Against Perry's Steakhouse & Grille

If you worked for Perry's Steakhouse as a server at any of its locations in Texas since May 16, 2020 and the present, you may be entitled to join a lawsuit seeking recovery of unpaid wages.

You are receiving this email because Perry's records indicate you were employed by Perry's as a server and are therefore eligible to join a lawsuit for unpaid wages and other damages. A paper-copy of the court-authorized notice materials was mailed to you at the address Perry's had on file for you.

For additional information about the case, including your rights and how to join, please visit: **www.PerrysSteakhouseLawsuit.com**

You may also contact Herrmann Law, one of the law firms representing the servers, by calling 817-479-9229.

The deadline to return your signed consent form is [**Insert Date**]

**PROPOSED TEXT MESSAGE NOTICE**

If you worked for Perry's as a server at any time since May 16, 2020, you may be entitled to join a lawsuit for unpaid wages and other damages. For more information including how to join the case visit **www.PerrysSteakhouseLawsuit.com**The deadline to join is [**Insert Date**]