# HERRMANN LAW, PLLC



801 CHERRY STREET, SUITE 2365, FORT WORTH TEXAS 76102

[Date]

[Name]

[Address]

**Re:** **Reminder Notice Regarding Perry's Steakhouse Lawsuit**

Dear [Name],

Notice Materials were recently sent to you regarding your right to join a lawsuit and seek recovery of unpaid wages against Perry's Steakhouse and Grille ("Perry's).

If you did not receive your Notice Materials, please contact our office at (817) 479-9229 to request a copy of the Notice Materials. You may also obtain additional information about the case, including how to join, by visiting **www.PerrysSteakhouseLawsuit.com**

The deadline to join the lawsuit is fast approaching. If you wish to participate in this lawsuit, you must return a Signed Consent Form not later than [Insert Deadline].

You may also contact the attorneys listed below with any questions you may have:

| | |
|---|---|
| **Herrmann Law, PLLC** | **Lichten & Liss-Riordan, P.C.** |
| 801 Cherry St. Suite 2365 | 729 Boylston St. Suite 2000 |
| Fort Worth, TX 76102 | Boston, MA 02116 |
| Phone: (817) 479-9229 \| Fax: (817) 887-1878 | Phone: (617) 994-5800 \| Fax: (617) 994-5801 |
| **Drew Herrmann \| Pamela Herrmann** | **Harold Lichten \| Matthew Thomson** |
| drew@herrmannlaw.com\|pamela@herrmannlaw.com | hlichten@llrlaw.com \| mthomson@llrlaw.com |

Sincerely,

Herrmann Law, PLLC