FILED
May 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY**, individually<br><br>*Defendants.* | No. 1:22-cv-00027-RP |

## ORDER

Before the Court is the Parties' Joint Motion to Approve FLSA Notice Forms. The Court approves the joint notices and **ORDERS** that notice be disseminated, as previously ordered [Dkt. 87], in accordance with the following schedule:

| | |
|---|---|
| **May 30, 2023** | Defendants shall provide to Plaintiffs' Counsel in Excel (.xlsx) format the following information regarding all Putative Collective Members: full name; last known mailing address(es) with city, state, and Zip Code; all known email address(es); beginning date(s) of employment; ending date(s) of employment (if applicable); locations worked; and all known telephone number(s). |

| | |
|---|---|
| **Within 14 days from the date the Court approves of the revised notices** | Plaintiffs' Counsel shall send the Court-approved Notice and Consent Form **(Exhibit 1)** to the Putative Collective Members by First Class U.S. Mail; Plaintiffs' Counsel shall also send the Court-approved Notice **(Exhibit 2)** via text message and email; and Plaintiffs' Counsel may maintain a website limited to the content of Exhibit 1 with the option to sign electronically. |
| **Within 3 days of the initial mailing, emailing, and texting of the initial notices to Collective Members** | Plaintiffs' Counsel shall file an Advisory with the Court indicating the date of transmitting the initial Notices of Collective Action. |
| **No sooner than 30 days after mailing, emailing, and texting the first notice to the Collective Members** | Plaintiffs' Counsel shall send reminder notice to Collective Members who have not yet responded to the Notice. Plaintiffs' Counsel may send reminder notice by sending **Exhibit 3** via First Class U.S. Mail and resending **Exhibit 2** via email and text message, respectively. |
| **60 days from the initial mailing, emailing, and texting of the initial notices to Collective Members** | The Putative Collective Members shall have 60 days to return their signed Consent forms to Plaintiffs' Counsel for filing with the Court (the "Notice Period"). |
| **No later than 15 days after the close of the Notice Period** | Plaintiffs' Counsel shall file with the Court all signed Consents to Join. |

**SO ORDERED**; signed _____May 31_____, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE