**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| **Candice Paschal and Pedro Zarazua Jr.,** **individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)** *Plaintiffs,* **v.** **Perry's Restaurants LTD d/b/a Perry's Steakhouse and Grille; and Christopher V. Perry, individually** *Defendants.* | **No.  1:22-cv-00027-RP** **PLAINTIFFS' ADVISORY OF TRANSMITTING THE INITIAL COURT-APPROVED COLLECTIVE ACTION NOTICES** |

Plaintiffs file this *Advisory of Transmitting the Initial Court-Approved Collective Action Notice*s pursuant to the Court's Order [Dkt. 91] to notify the Court that the court-approved Collective Action Notice and Consent forms were transmitted on Wednesday, June 14, 2023, to all putative collective members as identified by Defendants.

Respectfully submitted,

By: /s/ Drew N. Herrmann
Drew N. Herrmann
Texas Bar No. 24086523
drew@herrmannlaw.com
Pamela G. Herrmann
Texas Bar No. 24104030
pamela@herrmannlaw.com
**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229

                                    Fax: 817-840-5102
                           -AND-

                                    Harold L. Lichten,
                                    *Admitted pro hac vice*
                                    hlichten@llrlaw.com
                                    Matthew Thomson,
                                    *Admitted pro hac vice*
                                    mthomson@llrlaw.com
                                    Jane Farrell,
                                    *Admitted pro hac vice*
                                    jfarrell@llrlaw.com
                                    **LICHTEN & LISS-RIORDAN, P.C.**
                                    729 Boylston St., Suite 2000
                                    Boston, MA 02116
                                    Phone: (617) 994-5800

                                    ATTORNEYS FOR PLAINTIFFS
                                    AND COLLECTIVE MEMBERS

                           CERTIFICATE OF SERVICE

        I certify that on June 15, 2023 the above document will be filed via CM/ECF, which will
cause a copy to be served on all counsel of record.

                                    */s/ Drew N. Herrmann*
                                    Drew N. Herrmann