IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY,** individually<br><br>*Defendants.* | No. 1:22-cv-00027-RP<br><br>**NOTICE OF FILING OPT-IN CONSENT FORMS** |

## PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1)　Lindsey Galloway [Ex. 1]

(2)　 Linsay M. Jones [Ex. 2]

(3)　Lorne Gamble [Ex. 3]

(4)　Luis M. Ortiz [Ex. 4]

(5)　 Macall Strickland [Ex. 5]

(6)　Madeline Newell [Ex. 6]

(7)　Madisen Cook [Ex. 7]

(8) Maribel Topete [Ex. 8]

(9) Marisa Tatum [Ex. 9]

(10) Marquest Fortineau [Ex. 10]

(11) Madison Post [Ex. 11]

(12) Marcela Sanchez [Ex. 12]

(13) Mark A. Mireles [Ex. 13]

(14) Mason P. McMillan [Ex. 14]

(15) Massinissa Aoudi [Ex. 15]

(16) Matthew Rochard [Ex. 16]

(17) Matthew Sweren [Ex. 17]

(18) Mauricio Valbuena [Ex. 18]

(19) Miranda Larson [Ex. 19]

(20) Michael Lewis [Ex. 20]

(21) Michelle Freeman [Ex. 21]

(22) Michelle L. Statler [Ex. 22]

(23) Miguel A. Arredondo [Ex. 23]

(24) Miguel E. Pineda [Ex. 24]

(25) Miranda L Mckay [Ex. 25]

(26) Morgan Nolan [Ex. 26]

(27) Morgan Tracy [Ex. 27]

(28) Nathan Reistad [Ex. 28]

(29) Nickole Arterburn [Ex. 29]

(30)    Noemi Rocha [Ex. 30]

(31)    Osama Issa [Ex. 31]

(32)    Paige Miller [Ex. 32]

(33)    Peter Mester [Ex. 33]

(34)    Phoenicia Anderson {Ex. 34]

(35)    Quiana Pugh [Ex. 35]

(36)    Quincy D. Bogany [Ex. 36]

(37)    Rahul Mathew [Ex. 37]

(38)    Rayni Fonseca [Ex. 38]

(39)    Rebecca Fuller [Ex. 39]

(40)    Robert G. Lighthill [Ex. 40]

(41)    Robert Riner [Ex. 41]

(42)    Rodrick Hemingway [Ex. 42]

(43)    Rogelio Villarreal III [Ex. 43]

(44)    Roxanne Finnegan [Ex. 44]

(45)    Ryan Hendrickson [Ex. 45]

(46)    Ryan L Carter [Ex. 46]

(47)    Ryan M. Lopez [Ex. 47]

(48)    Sabrina Lokhandwala [Ex. 48]

(49)    Salma Benitez [Ex. 49]

(50)    Salvatore Abbadessa [Ex. 50]

Respectfully submitted,

By: */s/ Drew N. Herrmann*
    Drew N. Herrmann
    Texas Bar No. 24086523
    drew@herrmannlaw.com
    Pamela G. Herrmann
    Texas Bar No. 24104030
    pamela@herrmannlaw.com

    **HERRMANN LAW, PLLC**
    801 Cherry St., Suite 2365
    Fort Worth, TX 76102
    Phone: 817-479-9229
    Fax: 817-840-5102

-AND-

    Harold L. Lichten,
    *Admitted pro hac vice*
    hlichten@llrlaw.com
    Matthew Thomson,
    *Admitted pro hac vice*
    mthomson@llrlaw.com
    Jane Farrell,
    *Admitted pro hac vice*
    jfarrell@llrlaw.com
    **LICHTEN & LISS-RIORDAN, P.C.**
    729 Boylston St., Suite 2000
    Boston, MA 02116
    Phone: (617) 994-5800

    ATTORNEYS FOR PLAINTIFFS
    AND COLLECTIVE MEMBERS

<u>CERTIFICATE OF SERVICE</u>

    I certify that on June 16, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

                                */s/ Drew N. Herrmann*
                                Drew N. Herrmann