IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD** d/b/a Perry's Steakhouse and Grille; and **CHRISTOPHER V. PERRY**, individually<br><br>*Defendants.* | No. 1:22-cv-00027-RP<br><br>**NOTICE OF FILING OPT-IN CONSENT FORMS** |

### PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1) Christopher Javier [Ex. 1]

(2) Christopher Webb [Ex. 2]

(3) Debra Lucio [Ex. 3]

(4) Erika Alvarez [Ex. 4]

(5) Julianne Moore [Ex. 5]

(6) Katie LeBlanc [Ex. 6]

(7) Kimberly Kocak [Ex. 7]

1

(8)  Lindsey Hildebrand [Ex. 8]

(9)  Nicholas Galindo [Ex. 9]

(10) Sara Daredia [Ex. 10]

(11) Scott A. McRaven [Ex. 11]

(12) Tristan Hicks [Ex. 12]

(13) Tyray R. Forte [Ex. 13]

(14) Victor Manuel Belloso Rosales [Ex. 14]

(15) Vinny Nguyen [Ex. 15]

(16) Hayle Hansbrough [Ex. 16]

(17) Atreyu Gilliard [Ex. 17]

(18) Anna Holmes [Ex. 18]

(19) Alyssa Douglas [Ex. 19]

(20) Blake Weaver [Ex. 20]

(21) Adolph Mbe Ondoua [Ex. 21]

(22) Adrianna Eileen Rodriguez [Ex. 22]

(23) Anthony DeVose [Ex. 23]

(24) Kevin Gilmore [Ex. 24]

(25) Karen Cantu [Ex. 25]

(26) Katlyn Martinez [Ex. 26]

(27) Madison Nicole Barragan [Ex. 27]

(28) Thomas Allen Schlosser [Ex. 28]

(29) Maddison Phelps [Ex. 29]

(30) Xavier Bishop [Ex. 30]

(31) Kathleen Nguyen [Ex. 31]

(32) Courtney Cunetto [Ex. 32]

(33) Daniel Elizondo [Ex. 33]

(34) Dimitri Sebikali [Ex. 34]

(35) Jason Tanner [Ex. 35]

(36) Michael Conaway [Ex. 36]

(37) Nancy Ulloa [Ex. 37]

(38) Olivia Harp [Ex. 38]

(39) Ryan Dickman [Ex. 39]

(40) Sergio Garcia [Ex. 40]

(41) Sheale Tanner [Ex. 41]

(42) Taylor Davis [Ex. 42]

(43) Tyler Simon [Ex. 43]

Respectfully submitted,

By: */s/ Drew N. Herrmann*
    Drew N. Herrmann
    Texas Bar No. 24086523
    drew@herrmannlaw.com
    Pamela G. Herrmann
    Texas Bar No. 24104030
    pamela@herrmannlaw.com

    **HERRMANN LAW, PLLC**
    801 Cherry St., Suite 2365
    Fort Worth, TX 76102
    Phone: 817-479-9229
    Fax: 817-840-5102

-AND-

    Harold L. Lichten,
    *Admitted pro hac vice*
    hlichten@llrlaw.com
    Matthew Thomson,
    *Admitted pro hac vice*
    mthomson@llrlaw.com
    Jane Farrell,
    *Admitted pro hac vice*
    jfarrell@llrlaw.com
    **LICHTEN & LISS-RIORDAN, P.C.**
    729 Boylston St., Suite 2000
    Boston, MA 02116
    Phone: (617) 994-5800

    ATTORNEYS FOR PLAINTIFFS
    AND COLLECTIVE MEMBERS

<u>CERTIFICATE OF SERVICE</u>

  I certify that on June 22, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

              */s/ Drew N. Herrmann*
              Drew N. Herrmann