IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD** d/b/a Perry's Steakhouse and Grille; and **CHRISTOPHER V. PERRY**, individually<br><br>*Defendants.* | No. 1:22-cv-00027-RP<br><br>**NOTICE OF FILING OPT-IN CONSENT FORMS** |

**PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS**

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1)    Kirsten P. Lieber [Ex. 1]

(2)    Jair Bravo [Ex. 2]

(3)    Linda Donahue [Ex. 3]

(4)    Vivian Luu [Ex. 4]

(5)    Jonathan Clifford [Ex. 5]

(6)    Nathan Smith [Ex. 6]

(7)    Briana Pina [Ex. 7]

1

Respectfully submitted,

By: */s/ Drew N. Herrmann*
    Drew N. Herrmann
    Texas Bar No. 24086523
    drew@herrmannlaw.com
    Pamela G. Herrmann
    Texas Bar No. 24104030
    pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102

-AND-

Harold L. Lichten,
*Admitted pro hac vice*
hlichten@llrlaw.com
Matthew Thomson,
*Admitted pro hac vice*
mthomson@llrlaw.com
Jane Farrell,
*Admitted pro hac vice*
jfarrell@llrlaw.com
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Suite 2000
Boston, MA 02116
Phone: (617) 994-5800

ATTORNEYS FOR PLAINTIFFS
AND COLLECTIVE MEMBERS

CERTIFICATE OF SERVICE

    I certify that on June 23, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

                                            */s/ Drew N. Herrmann*
                                            Drew N. Herrmann