**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR., individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)**<br><br>*Plaintiffs,*<br><br>**v.**<br><br>**PERRY'S RESTAURANTS LTD d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually**<br><br>*Defendants.* | **No. 1:22-cv-00027-RP**<br><br>**NOTICE OF FILING OPT-IN CONSENT FORMS** |

**PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS**

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1)    Kristen Pastor [Ex. 1]

(2)    Andrew Colson Schexnider [Ex. 2]

(3)    Jordan Glynn [Ex. 3]

(4)    Ahnjali Amado [Ex. 4]

(5)    Maya Sapp [Ex. 5]

(6)    Tyler Horttor [Ex. 6]

(7)    Grantlin Willis [Ex. 7]

(8)     Dina Felder [Ex. 8]

(9)     Nicholas Lunger [Ex. 9]

(10)    Erik Michael Trevino [Ex. 10]

(11)    Cequoyia Smith [Ex. 11]

(12)    Carl Harvey [Ex. 12]

(13)    Larry S. Harrison III [Ex. 13]

(14)    Derek Mahaffey [Ex. 14]

(15)    Breann Paige Campbell [Ex. 15]

(16)    Manuel Duarte [Ex. 16]

(17)    Austin Montgomery [Ex. 17]

(18)    Tania Alejandra Kawana [Ex. 18]

(19)    Daphne Varner [Ex. 19]

(20)    Edgar Arana [Ex. 20]

(21)    Camilla Tardelli-Garcia [Ex. 21]

(22)    Justin Citron [Ex. 22]

(23)    Christopher Hall [Ex. 23]

(24)    Zackary Taylor [Ex. 24]

(25)    Joel Astbury [Ex. 25]

(26)    Cecilia Moore [Ex. 26]

(27)    Christopher Johnson [Ex. 27]

(28)    Melissa A. Matthews [Ex. 28]

(29)    Myleik Smith [Ex. 29]

(30)    Rodney Marcel Ardoin [Ex. 30]

(31)    Donielle Brymer [Ex. 31]

(32)    Tahirah Essix [Ex. 32]

(33)    Andres Aviles [Ex. 33]

(34)    Megan Brown [Ex. 34]

(35)    Cassidy Roland [Ex. 35]

(36)    Cassandra Kincaid [Ex. 36]

(37)    David Zertuche [Ex. 37]

(38)    Dominique Adams [Ex. 38]

(39)    Yuresa Sablan-Gordon [Ex. 39]

(40)    Madison Luker [Ex. 40]

(41)    Jessica Pena [Ex. 41]

(42)    Eric Campos [Ex. 42]

(43)    Larry Bigelow [Ex. 43]

(44)    Michael Anthony Guerra [Ex. 44]

(45)    Keith Allen Sheets [Ex. 45]

(46)    Yulissa Bland [Ex. 46]

(47)    Shelley Fries [Ex. 47]

(48)    Arianna Whitten [Ex. 48]

(49)    Joseph Presa [Ex. 49]

(50)    Sabrina Kay Haddock [Ex. 50]

Respectfully submitted,

By: */s/ Drew N. Herrmann*
      Drew N. Herrmann
      Texas Bar No. 24086523
      drew@herrmannlaw.com
      Pamela G. Herrmann
      Texas Bar No. 24104030
      pamela@herrmannlaw.com

      **HERRMANN LAW, PLLC**
      801 Cherry St., Suite 2365
      Fort Worth, TX 76102
      Phone: 817-479-9229
      Fax: 817-840-5102

-AND-

      Harold L. Lichten,
      *Admitted pro hac vice*
      hlichten@llrlaw.com
      Matthew Thomson,
      *Admitted pro hac vice*
      mthomson@llrlaw.com
      Jane Farrell,
      *Admitted pro hac vice*
      jfarrell@llrlaw.com
      **LICHTEN & LISS-RIORDAN, P.C.**
      729 Boylston St., Suite 2000
      Boston, MA 02116
      Phone: (617) 994-5800

      ATTORNEYS FOR PLAINTIFFS
      AND COLLECTIVE MEMBERS

4

CERTIFICATE OF SERVICE

      I certify that on July 20, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

*/s/ Drew N. Herrmann*
Drew N. Herrmann