IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD d/b/a** Perry's Steakhouse and Grille; and **CHRISTOPHER V. PERRY,** individually<br><br>*Defendants.* | No. 1:22-cv-00027-RP<br><br>**NOTICE OF FILING OPT-IN CONSENT FORMS** |

**PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS**

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1) Shatia Waxter [Ex. 1]

(2) Victor L. Medina Jr. [Ex. 2]

(3) Kendyl Morgan [Ex. 3]

(4) Jada Kabani [Ex. 4]

(5) Sherice Payton [Ex. 5]

(6) Shandreika Surtain [Ex. 6]

(7) Kyanna Marie Richardson [Ex. 7]

(8)   Nathan Grim [Ex. 8]

(9)   Phong Quy Thanh Mui [Ex. 9]

(10)  Scott Newmyer [Ex. 10]

(11)  Jesse Auen [Ex. 11]

(12)  Diana Doran [Ex. 12]

(13)  Mathew Robert Pearsall [Ex. 13]

(14)  Sage Arianna Vecchio [Ex. 14]

(15)  Brianna Vigers [Ex. 15]

(16)  Sohel Chowdhury [Ex. 16]

(17)  Danielle Schoellkopf [Ex. 17]

(18)  Benita Ovwurie [Ex. 18]

(19)  Calli Gray [Ex. 19]

(20)  Myles Waters [Ex. 20]

(21)  Lindsey Marroquin [Ex. 21]

(22)  Lindsey Elizabeth McCammon [Ex. 22]

(23)  Ruel Bravo [Ex. 23]

(24)  Jacob Kirby [Ex. 24]

(25)  Robert Nathan Perry [Ex. 25]

(26)  Dacota Caravalho [Ex. 26]

(27)  Kayla Kendall [Ex. 27]

(28)  Jose Angel Valles [Ex. 28]

(29)  Abdul Hamadi [Ex. 29]

(30) Caitlin Harbin [Ex. 30]

(31) Lupita Isabell Gomez [Ex. 31]

(32) Brittney A. Hernandez [Ex. 32]

(33) Terrence Cottman [Ex. 33]

(34) Patricio E. Bueno [Ex. 34]

(35) Buna Prak [Ex. 35]

(36) Lillian Delacruz [Ex. 36]

(37) Matthew Reed [Ex. 37]

(38) Sarah Flores [Ex. 38]

(39) April Chappell [Ex. 39]

(40) Ryan Duplantis [Ex. 40]

(41) Morgan Cheney [Ex. 41]

(42) Marlena Hardin [Ex. 42]

(43) Raquel Zuniga [Ex. 43]

(44) Kathryn Shaffer [Ex. 44]

(45) Natalie Scolaro [Ex. 45]

(46) Justin Boyer [Ex. 46]

(47) Cesar Leon [Ex. 47]

(48) Cary Common [Ex. 48]

(49) Brhiannon Vaughn [Ex. 49]

(50) Alondra Lujano [Ex. 50]

(51) Richard D. Trent [Ex. 51]

(52)    Darwin Lujan [Ex. 52]

Respectfully submitted,

By: */s/ Drew N. Herrmann*
Drew N. Herrmann
Texas Bar No. 24086523
drew@herrmannlaw.com
Pamela G. Herrmann
Texas Bar No. 24104030
pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102

-AND-

Harold L. Lichten,
*Admitted pro hac vice*
hlichten@llrlaw.com
Matthew Thomson,
*Admitted pro hac vice*
mthomson@llrlaw.com
Jane Farrell,
*Admitted pro hac vice*
jfarrell@llrlaw.com
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Suite 2000
Boston, MA 02116
Phone: (617) 994-5800

ATTORNEYS FOR PLAINTIFFS
AND COLLECTIVE MEMBERS

4

CERTIFICATE OF SERVICE

I certify that on July 21, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

>*/s/ Drew N. Herrmann*
>Drew N. Herrmann