IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CANDICE PASCHAL and PEDRO ZARAZUA JR.**, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>**PERRY'S RESTAURANTS LTD d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY,** individually<br><br>*Defendants.* | No. 1:22-cv-00027-RP<br><br>**NOTICE OF FILING OPT-IN CONSENT FORMS** |

### PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

(1) David Nolan [Ex. 1]

(2) Guadalupe Joyce Arredondo [Ex. 2]

(3) Jeff Fellat [Ex. 3]

(4) Yasmine Murphy [Ex. 4]

(5) Sara Vu [Ex. 5]

(6) Violet Austin [Ex. 6]

(7) Morgan Schaub [Ex. 7]

(8) D'Lynn Rose Gutierrez [Ex. 8]

(9) Nico Brown [Ex. 9]

(10) Steven Shipp [Ex. 10]

(11) Samantha Jo Outlaw [Ex. 11]

(12) Carlene Blacksher [Ex. 12]

(13) Dylan Goldstein [Ex. 13]

(14) Roxanne Farmer [Ex. 14]

(15) Eduardo Luis Quiros [Ex. 15]

(16) Natalie Schuster [Ex. 16]

(17) Collin Wright [Ex. 17]

(18) Tanner Bishop [Ex. 18]

(19) McKinzi Henderson [Ex. 19]

(20) Stefani Cisnero [Ex. 20]

(21) Brittany Rose McManamy [Ex. 21]

(22) Felita Victorian [Ex. 22]

(23) Stephen Ramirez [Ex. 23]

(24) James Black [Ex. 24]

(25) Steven Nix [Ex. 25]

(26) Mustafa Yildizcelik [Ex. 26]

(27) Joshua Bewley [Ex. 27]

(28) Alexis Villa [Ex. 28]

(29) Madison Rouse [Ex. 29]

(30)  Kimberly Reyna [Ex. 30]

(31)  Ramiro Garcia [Ex. 31]

(32)  Brandon Eugene Barfield [Ex. 32]

(33)  Greg Gondek [Ex. 33]

(34)  Dajon Fanelli [Ex. 34]

(35)  Daniel Dustin Nigo [Ex. 35]

(36)  David Swaim [Ex. 36]

(37)  Marilee Timanus [Ex. 37]

(38)  Kyle Sallman [Ex. 38]

(39)  Olivier Charlot [Ex. 39]

(40)  Suleyman Izol [Ex. 40]

(41)  Spencer DeMoss [Ex. 41]

(42)  Ismael Aza [Ex. 42]

(43)  Matthew Schindler [Ex. 43]

(44)  Joel Carrillo [Ex. 44]

(45)  Jacob Lujan [Ex. 45]

(46)  Georgy Jacob [Ex. 46]

(47)  Amanda Peterson [Ex. 47]

(48)  Pacino Matane Leopeng [Ex. 48]

(49)  Jose De Jesus Benitez [Ex. 49]

(50)  Jay Price [Ex. 50]

(51)  Kirsten Jackson [Ex. 51]

(52) Julius Rosales [Ex. 52]

(53) Richard David Snyder [Ex. 53]

(54) Taylor Barley [Ex. 54]

Respectfully submitted,

By: /s/ *Drew N. Herrmann*
    Drew N. Herrmann
    Texas Bar No. 24086523
    drew@herrmannlaw.com
    Pamela G. Herrmann
    Texas Bar No. 24104030
    pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102

-AND-

Harold L. Lichten,
*Admitted pro hac vice*
hlichten@llrlaw.com
Matthew Thomson,
*Admitted pro hac vice*
mthomson@llrlaw.com
Jane Farrell,
*Admitted pro hac vice*
jfarrell@llrlaw.com
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Suite 2000
Boston, MA 02116

4

                                              Phone: (617) 994-5800

                                              ATTORNEYS FOR PLAINTIFFS
                                              AND COLLECTIVE MEMBERS

## CERTIFICATE OF SERVICE

      I certify that on August 15, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

                                        */s/ Drew N. Herrmann*
                                        Drew N. Herrmann