EXHIBIT 1

FILED
September 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Pg _____ DEPUTY

## CONSENT TO JOIN FLSA LAWSUIT

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Candice Paschal and Pedro Zarazua (collectively, "Plaintiffs"), against Perry's Restaurants, Ltd. d/b/a/ Perry's Steakhouse & Grille ("Perry's") and Christopher V. Perry, to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC and Lichten & Liss-Riordan, P.C., (collectively, "Law Firms") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiffs and Plaintiffs' Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiffs' Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiffs will be binding on me.

I understand that Plaintiffs have entered into a Representation Agreement with the Law Firms that applies to all opt-in plaintiffs who sign and file this consent. By signing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firms.

I understand that the Law Firms and Plaintiffs may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

Treasure White                                   08/15/2023
_____                  _____
Printed Named                                    Date

*Treasure White*
_____
Signature

**EXHIBIT 2**

## CONSENT TO JOIN FLSA LAWSUIT

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Candice Paschal and Pedro Zarazua (collectively, "Plaintiffs"), against Perry's Restaurants, Ltd. d/b/a/ Perry's Steakhouse & Grille ("Perry's") and Christopher V. Perry, to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC and Lichten & Liss-Riordan, P.C., (collectively, "Law Firms") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiffs and Plaintiffs' Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiffs' Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiffs will be binding on me.

I understand that Plaintiffs have entered into a Representation Agreement with the Law Firms that applies to all opt-in plaintiffs who sign and file this consent. By signing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firms.

I understand that the Law Firms and Plaintiffs may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

LaShay McNulty                                              08/16/2023
_____          _____
**Printed Named**                                            **Date**

_____
**Signature**



I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Candice Paschal and Pedro Zarazua (collectively, "Plaintiffs"), against Perry's Restaurants, Ltd. d/b/a/ Perry's Steakhouse & Grille ("Perry's") and Christopher V. Perry, to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC and Lichten & Liss-Riordan, P.C., (collectively, "Law Firms") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiffs and Plaintiffs' Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiffs' Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiffs will be binding on me.

I understand that Plaintiffs have entered into a Representation Agreement with the Law Firms that applies to all opt-in plaintiffs who sign and file this consent. By signing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firms.

I understand that the Law Firms and Plaintiffs may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

| Julianna Larrinaga | 08/31/2023 |
|---|---|
| Printed Named | Date |

*Julianna Larrinaga*
_____
Signature

**EXHIBIT 4**

**CONSENT TO JOIN FLSA LAWSUIT**

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Candice Paschal and Pedro Zarazua (collectively, "Plaintiffs"), against Perry's Restaurants, Ltd. d/b/a/ Perry's Steakhouse & Grille ("Perry's") and Christopher V. Perry, to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC and Lichten & Liss-Riordan, P.C., (collectively, "Law Firms") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiffs and Plaintiffs' Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiffs' Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiffs will be binding on me.

I understand that Plaintiffs have entered into a Representation Agreement with the Law Firms that applies to all opt-in plaintiffs who sign and file this consent. By signing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firms.

I understand that the Law Firms and Plaintiffs may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

| | |
|---|---|
| corey stockton | 09/03/2023 |
| _____ | _____ |
| Printed Named | Date |

_(signature)_
_____
Signature

**EXHIBIT 5**

## CONSENT TO JOIN FLSA LAWSUIT

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Candice Paschal and Pedro Zarazua (collectively, "Plaintiffs"), against Perry's Restaurants, Ltd. d/b/a/ Perry's Steakhouse & Grille ("Perry's") and Christopher V. Perry, to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC and Lichten & Liss-Riordan, P.C., (collectively, "Law Firms") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiffs and Plaintiffs' Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiffs' Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiffs will be binding on me.

I understand that Plaintiffs have entered into a Representation Agreement with the Law Firms that applies to all opt-in plaintiffs who sign and file this consent. By signing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firms.

I understand that the Law Firms and Plaintiffs may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

MARC VANDERBERG
Printed Named

8-10-23
Date

_[signature]_
Signature

**EXHIBIT 6**

## CONSENT TO JOIN FLSA LAWSUIT

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Candice Paschal and Pedro Zarazua (collectively, "Plaintiffs"), against Perry's Restaurants, Ltd. d/b/a/ Perry's Steakhouse & Grille ("Perry's") and Christopher V. Perry, to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC and Lichten & Liss-Riordan, P.C., (collectively, "Law Firms") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiffs and Plaintiffs' Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiffs' Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiffs will be binding on me.

I understand that Plaintiffs have entered into a Representation Agreement with the Law Firms that applies to all opt-in plaintiffs who sign and file this consent. By signing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firms.

I understand that the Law Firms and Plaintiffs may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

_Curt Schleider_
Printed Named

_08/01/2023_
Date

_[signature]_
Signature